FILED '21 09 01 PM12:08 MDGA-MAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5:13-CR-00016-001 (TES) |
| **BENJAMIN KENDALL** | |

### ORDER

For good and sufficient cause shown to the Court, it is hereby ordered that the Petition for Warrant or Summons for Offender Under Supervision (CM/ECF Doc. #69) be dismissed.

**SO ORDERED,** this 1st day of **September, 2021.**

_____
TILMAN E. SELF, III
U.S. DISTRICT JUDGE

Prepared by: JOP